Deirdre B. Ruckman (21196500)
Marcus A. Helt (TX 24052187)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
PROPOSED COUNSEL FOR OFFICIAL UNSECURED CREDITORS' COMMITTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Chapter 11 |
| WADLEY REGIONAL MEDICAL | § |
| CENTER, et al.,[1] | § Case No. 09-50006 |
| | § |
| Debtors. | § Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that DEIRDRE B. RUCKMAN, MARCUS A. HELT and the firm of Gardere Wynne Sewell LLP, as proposed attorneys for Official Unsecured Creditors' Committee, (the "Committee") and request, pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

Deirdre B. Ruckman
Marcus A. Helt
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201

---

[1] The Debtors are the following entities: Wadley Regional Medical Center, Wadley Health System, Texarkana Regional Healthcare Network, and Four States Regional Health Center, Inc.

Telephone: 214-999-4250
Facsimile: 214-999-3250
mhelt@gardere.com

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 5, 2009

                Respectfully submitted,

                **GARDERE WYNNE SEWELL LLP**

                By: */s/ Deirdre B. Ruckman*
                     Deirdre B. Ruckman (#21196500)
                     Gardere Wynne Sewell LLP
                     1601 Elm Street, Suite 3000
                     Dallas, Texas 75201
                     Telephone: 214-999-4250
                     Facsimile: 214-999-3250

                PROPOSED COUNSEL FOR OFFICIAL UNSECURED CREDITORS' COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served via first-class United States mail, postage prepaid, on the attached list on this 5th day of February, 2009.

                                                */s/ Deirdre B. Ruckman*
                                                Deirdre B. Ruckman

## Jointly Administered Case No. 09-50006

Robert Blech
Assistant Attorney General
Charitable Trusts Section
Consumer Protection and Public Health Division
300 W. 15th Street, 9th Floor
Austin, TX 78701

Susan K. Staricka
Chief, Charitable Trusts Section
Consumer Protection Division
Office of Attorney General
300 W. 15th Street, 9th Floor
Austin, TX 78701

Mrs. Colleen McCarthy
Assistant Vice President and Trust Officer
Private Client Group
Capital One Banking Group
313 Carondelet Street, Suite 301
New Orleans, LA 70130

Mr. Steve Wiggs
American State Bank
f/k/a Texas Bank & Trust
4646 Cowhorn Creek Road
Texarkana, TX 75503

Community Hospital Corporation
5801 Tennyson Parkway, Suite 550
Plano, TX 75024
Attention: Mike Williams

United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, TX 75702-7231

Sue P. Murphy
Counsel for MBIA
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Mark X. Mullin
Counsel for MBIA
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Michelle A. Mendez
Counsel for Brim Healthcare, Inc.
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114

Jason P. Searcy
American State Bank
c/o Jason P. Searcy, P.C.
446 Forest Square
P. O. Box 3929
Longview, TX 75606

E. Stuart Phillips
Ashley Bartram
Assistant Attorneys General
Bankruptcy & Collections
Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Susan Brandt
Counsel for Capital One Banking Group
Nathan Somers Jacobs
A Professional Corporation
2800 Post Oak Boulevard, 61st Floor
Houston, TX 77056

Paul G. Jennings
Counsel for Brim Healthcare, Inc.
Bass, Berry & Sims, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

AHEC Southwest
Attention: Bill McIntyre
300 East 6th Street
Texarkana, AR 71854

Guidant
Guidant Sales Corp.
Attention: Brad Ponce, Account Manager
4100 Hamline Avenue., North
St. Paul, MN 55112-5798

Synthes (U.S.A.)
Attention: Karen Hummel
1302 Wrights Lane East
West Chester, PA 19380

Milestone Therapy Service
Attention: Roger T. Jenkins
2501 Cedar Springs Road, Suite 300
L.B. 15
Dallas, TX 75201

Morris & Dickson Co., Ltd.
Attention: Beverly Barr
410 Kay Lane
Shreveport, LA 71115

Sodexho Marriott Services, Inc.
Attention: Calvin V. Johnson
13333 Blanco Road, Suite 314
San Antonio, TX 78216

Johnson & Johnson Healthcare
Attention: Bridget Roche
425 Hoes Lane
Piscataway, NJ 08855-6800

Allergan US INC.
Attention: James Wang
2525 Dupont Drive
Irvine, CA 92612-1599

Boston Scientific Neuromodulation
Attention: Walter Ledet
4100 Hamline Avenue North
St. Paul, MN 55112-5798

Owens & Minor, Inc.
Attention: Marie Carr
500 Freeport Parkway, Suite 200
Coppell, TX 75019

Zimmer Spine Inc.
Attention: Clint Pinkham
5400 Meltech Drive, #119
Memphis, TN 38118

United Blood Services
Attention: Terry Ridenour
5300 U Street
Fort Smith, AR 72903

Nuvasive
Attention: Randall Alexander
4545 Towne Center Court
San Diego, CA 92121

Medtronic Incorporated
Attention: Dana Reed
3850 Victoria Street
Shoreview, MN 55126

Boston Scientific CRM
One Boston Scientific Place
Mailstop A2
Natick, MA 01760

Medical Capital Recovery, Inc.
Attention: Greg Pitzer
1216 East 6th Street
Austin, TX 78702

Siemens Financial Services, Inc.
Attention: Michael Buckshaw
51 Valley Stream Parkway
MCK-21
Malvern, PA 19355

Southwestern Electric Power
Post Office Box 24422
Canton, OH 44701-4422

Centerpoirit EnCrgy ARKLA
Post Office Box 4583
Houston, TX 77210-4583

Memorial Hermann Health Network Providers
Attention: Stacey Bevil
9301 Southwest Freeway, Suite 5000
Houston, TX 77074

Wright Brother's Inc.
703 E. Broad
Texarkana, AR 71854

Charles A. Beckham
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Karl Burrer
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

M. L. James Construction
1622 West Street
Texarkana, TX 75501

Judy D. Thompson, Esq.
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

Emily S. Donahue
Bank of America Plaza
901 Main Street
Suite 6000
Dallas, TX 75202

Keith Miles Aurzada
Jay L. Krystinik Bryan Cave
LLP 2200 Ross Avenue,
Suite 3300
Dallas, TX 75201

Adrienne Vadell Sturges, Esq.
Sodexo, Inc.
6081 Hamilton Blvd.
Allentown, PA 18106

Thomas K. Dimond, Jr.
Bernstein Law Firm, PC
2200 Gulf Tower
Pittsburgh, PA 15219

Samuel M. Stricklin
Tricia R. DeLeon
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202

Richard J. Reynolds
504 Texas Street, Suite 200
Shreveport, Louisiana 71101

Baxter Healthcare
Attn: Gail D'Alesandro DF6/3W
1 Baxter Parkway
Deerfield, IL 60015-4625

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

Melony Goodhand
Vice Chancellor for Finance
UAMS
4301 W. Markham St.
Mail Slot #632
Little Rock, AR 72205

Arlene N. Gelman
Ryan O. Lawlor
Vedder Price
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601

Owens & Minor, Inc.
c/o Greg Brann - Interim Chairperson
9120 Lockwood Blvd.
Mechanicsville, Virginia 23116

Robert S. McGinnis, Jr.
4102 Summerhill Road
Texarkana, Texas 75503

eWeb Health, Inc.
c/o Don Colleluori
Lance V. Clack
Figari & Davenport, LLP 3400 Bank
of America Plaza 901 Main Street
Dallas, TX 75202

Bruce H. White
Greenberg Traurig
2200 Ross Ave., Ste. 5200
Dallas, TX 75201

Wadley Regional Medical Center
1000 Pine Street
Texarkana, TX 75501

Roger S. Cox
Underwood, Wilson, Berry, Stein & Johnson
P.O. Box 9158
Amarillo, TX 79105-9158