# United States Bankruptcy Court

Eastern **District of** Texas - Texarkana Division

in re: **Wadley Health System**

**Case No.**     09-50007
**Chapter**      11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtor's must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under Chapter 7, 11 or 13.

|  |  |  | Amounts Scheduled | | |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | (NO. OF SHEETS) | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A-Real Property | Yes | 1 | $          - | | |
| B-Personal Property | Yes | 3 | $          - | | |
| C-Property Claimed as Exempt | No | | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $          - | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $          - | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $     8,648,126.58 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | | | | N/A |
| J-Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| **TOTAL** | | 10 | $          - | $     8,648,126.58 | |

B6A (Official Form 6A) (12/07)

## SCHEDULE A - REAL PROPERTY

　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future
interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate
Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the
debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H,"
"W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in
real property, write "None" under "Description and Location of Property.

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G -
Executory Contracts and Unexpired Leases.**

　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured
claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column
labeled "Amount of Secured Claim."

　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the
property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | Total è | $                        - | |

(Report also on Summary of Schedules)

Schedule A

B 6B (Official Form 6B) (12/07)

**SCHEDULE B - PERSONAL PROPERTY**

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more
of the categories, place an "x" in the appropriate position in the column labeled "None. "  If additional space is needed in any category,
attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband,
wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community. "
If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property. "
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as :A.B., a minor
child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTORS' INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1.  Cash on hand | X | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | | |
| 5.   Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc. And other collections or collectibles | X | | | | |
| 6.  Wearing apparel | X | | | | |
| 7.  Furs and jewlry | X | | | | |
| 8.  Firearms and sports, photographic and other hobby equipment. | X | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |
| 10.  Annuities.  Itemize and name each issuer | X | | | | |
| 11.  Interests in an education IRA as defined in 26 USC § 530(6)(1) or under a qualified State tuition plan as defined in 26 U S C § 529(b)(1) Give particulars. (File separately the record(s) of any such interest(s).  11 U S C § 521(c).) | X | | | | |
| | | | | Subtotal | $                           - |

| TYPE OF PROPERTY | N O N E | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTORS' INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Give particulars. | X | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sole member of: Wadley Regional Medical Center Four States Regional Health Center, Inc. Texarkana Regional Healthcare Network Wadley Regional Center Foundation | | | unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | |
| 16. Accounts receivable. | X | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled. Give particulars. | X | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A--Real Property | X | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | | |
| | | | | Subtotal | $ - |

| TYPE OF PROPERTY | N O N E | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTORS' INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 22.  Patents copyrights, and other intellectual property.  Give particulars. | X | | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories | X | | | | |
| 26.  Boats motors, and accessories | X | | | | |
| 27.  Aircraft and accessories | X | | | | |
| 28.  Office equipment furnishings, and supplies. | X | | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | | |
| 30.  Inventory. | X | | | | |
| 31.  Animals. | X | | | | |
| 32.  Crops - growing or harvested.  Give particulars | X | | | | |
| 33.  Farming equipment and implements. | X | | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | | |
| | | | | Subtotal | - |
| | | | | Total | $                     - |

B 6D (Official Form 6D) (12/07)

**SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

      ✗      Check this box if debtor has no creditors holding secured claims to report on Schedule D

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| NONE | | | | | | | | |
| | | | | | | Subtotal | $ - | |
| | | | | | | Total | $ - | |

B 6E (Official Form 6E) (12/07)

### SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

**X**     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

¨     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

¨     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

¨     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

¨     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

RLF1-3234377-1
6 BE (Official Form 6E) (12/07) - Cont.

¨    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400**\*** per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

¨    **Deposits by individuals**

Claims of individuals up to $2,425**\*** for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

¨    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

¨    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

¨    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\*  Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after date of adjustment

0 continuation sheets attached

**SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page , use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IFCLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Vendor # | Vendor Name | | | | | | | |
| | American State Bank f/k/a Texas Bank and Trust 4646 Cowhorn Creek Road Texarkana TX 75503 | X | | | | | | $ 5,389,765.00 |
| | Community Hospital Corp. 5801 Tennyson Parkway Suite 550 Plano, TX 75024 | X | | | | | | $ 3,207,334.00 |
| W016179 | PHILIPS MEDICAL CAPITAL, LLC P O BOX 951307 CLEVELAND, OH 44193 | X | | | | | | $ 51,027.58 |
| | | | | | | | | |
| | | | | | | Subtotal | $ 8,648,126.58 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Total | $ | 8,648,126.58 |

**SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Community Hospital Corporation<br>c/o Mike Williams<br>5801 Tennyson Parkway Suite 550Plano TX 75024 | Master Agreement & Hospital Management Agreement |
| J Renea McMillon<br>9304 Danube Avenue<br>Texarkana TX 75503 | Employment contract WHS |
| Texas Hospital Association<br>P O BOX 659515<br>San Antonio, TX 78265 | Membership Agreement |

**SCHEDULE H-CODEBTORS**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liabile on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and cosignors.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceeding the commencement of the case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. 112 and Fed Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wadley Regional Medical Center<br>1000 Pine St<br>Texarkana, TX 75501 | Philips Medical Capital LLC<br>1111 Old Eagle School Rd.<br>Wayne PA 19087 |
| Wadley Regional Medical Center<br>1000 Pine St<br>Texarkana, TX 75501 | Community Hospital Corp.<br>5801 Tennyson Parkway<br>Suite 550<br>Plano, TX 75024 |
| Four States Regional Health Center, Inc.<br>1000 Pine Street<br>Texarkana, Texas 75501 | American State Bank<br>f/k/a Texas Bank and Trust<br>4646 Cowhorn Creek Road<br>Texarkana TX 75503<br>(first lien on land) |

In re  Wadley Health System                          Case No. 09-50007
            Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date  2/13/09

Signature:  _____
Michael A. Lieb
President & Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.